FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 3 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 25-2209MLG |
| vs. | ) |
| | ) |
| **LOUIS A. HENCKEL III**, | ) |
| | ) |
| Defendant. | ) |

## WAIVER OF INDICTMENT

I, Louis A. Henckel III, the above named Defendant, who is accused of violating 18

U.S.C. § 1951(a), that being Conspiracy to Commit Interference with Commerce by Extortion

Under Color of Official Right, and being advised of the nature of the charge, the Information,

and of my rights, hereby waive in open Court on June 23, 2025, prosecution by Indictment and

consent to proceeding by Information rather than by Indictment.

_____
LOUIS A. HENCKEL III
Defendant

_____
ELIZABETH HONCE
Attorney for Defendant

Before:

_____
HONORABLE KAREN B. MOLZEN
UNITED STATES MAGISTRATE JUDGE