**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**MINUTE SHEET**
**BEFORE THE HONORABLE MATTHEW L. GARCIA**

*Status Conference*

| CR No: | 25-259 MLG<br>25-2209 MLG<br>25-2526 MLG | USA v. | Neill Elsman<br>Louis Henckel, III<br>Rudolph Chavez | | | | |
|---|---|---|---|---|---|---|---|
| *Date:* | *5/20/26* | *Time In:* | *2:01* | *Time Out:* | *2:15* | *Total Time:* | *14 minutes* |
| *Clerk:* | *E. Romero* | *Court Recording:* | *Liberty* | | *Courtroom:* | *Cimarron* | |
| *USPO:* | *W. Miller* | | | *Interpreter:* | *n/a* | | |
| *AUSA:* | *Shana Long* | | | *Defense Counsel:* | *Shaheen Torgoley – Zoom*<br>*Elizabeth Honce*<br>*Joseph Gribble* | | |

**PROCEEDINGS**

2:01 Court in session; Parties state appearances.

Court addresses parties and outlines reason for Status Conference.

Ms. Long responds and outlines status of production of discovery.

Mr. Torgoley responds and concurs with statements made by Ms. Long.

Ms. Honce responds and concurs with statements made by Ms. Long.

Mr. Gribble responds and concurs with statements made by Ms. Long.

Court addresses parties re: time frame for sentencing.

Ms. Long responds and answers Court's questions.

Mr. Torgoley has nothing to add.

Ms. Honce responds.

Mr. Gribble responds.

Ms. Long responds.

Officer Miller addresses Court.

Parties have nothing to add.

2:15 Court is adjourned.